IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 16-330 |
| | : CHARGE: See Information |
| vs. | : STATUTE: |
| JOHN WRIGHT | : |
| | : GUIDELINE CASE Yes X No |
| Address | |
| 4208 DISSTON STREET | : ON BAIL X  IN CUSTODY |
| City   State   Zip | |
| PHILADELPHIA, PA 19139 | : PROSECUTOR Anthony Wzorek, AUSA |
| Telephone No. | |

## ABSTRACT OF ORDER FOR PRESENTENCE INVESTIGATION

**TO THE ABOVE-NAMED DEFENDANT:**

On September 7, 2016 upon your **(plea)** (finding) (verdict) of guilty, or your intention to plead guilty or nolo contendere to Count(s) 1, Judge Robreno has ordered a presentence investigation be conducted by the Probation Office and a report submitted to the Court.

You are directed to appear for sentencing **December 13, 2016 at 9:00 a.m.** in Courtroom No. **15A** of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

You are further directed to report immediately to the U.S. Probation Office, 600 Arch Street, Suite 2400, Philadelphia, PA 19106, and present this notice. If you have any questions, you should consult your attorney, who may accompany and advise you during your interviews.

The following evaluations are also ordered:  drug; _alcohol; _ psychiatric; other:

☐ If margin block is checked, the Court is directing the U.S. Pretrial Services Office not to release its case file information or other documents to the Probation Office pursuant to Title 18, U.S.C., Section 3153(c)(2)(C).

| | |
|---|---|
| September 7, 2016 | Ronald Vance |
| Date | Deputy Clerk |
| copy via FAX to Pretrial Services | |
| cc: Probation Office | |

| | |
|---|---|
| 9/7/16 | RV |
| Date | By Whom |

Cr 8 (6/96)